

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JACOB GUZ, Individually and On Behalf of All Others Similarly Situated,
Plaintiff,

v.

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, and ANTONIO MARTINO
Defendant.

Case No. '22CV1968 AJB BGS

## PRO HAC VICE APPLICATION

Plaintiff, Jacob Guz
Party Represented

I, Jeremy A. Lieberman (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Pomerantz LLP
Street address: 600 Third Avenue, 20th Floor
City, State, ZIP: New York, NY 10016
Phone number: 212-661-1100
Email: jalieberman@pomlaw.com

That on 9/17/03 (Date) I was admitted to practice before the Supreme Court, State of New York (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I [X] have [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: Ferguson v. Acutus Medical, Inc., et al
Case Number: 3:22-cv-00388
Date of Application: 3/23/2022
Application: [ ] Granted   [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Jennifer Pafiti (SBN 282790)
(Name)
310-432-8494
(Telephone)

Pomerantz LLP
(Firm)

1100 Glendon Avenue, 15th Floor
(Street)
Los Angeles, CA
(City)
90024
(Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)